AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00237 |
| Guelmy Urena (AKA: N/A) | ) Assigned To: Judge Faruqui, Zia M. |
| | ) Assign. Date: 9/30/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Guelmy Urena,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § § 2252(a)(2) (Distribution of Child Pornography).

Date: 10/02/2025

Issuing officer's signature

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 10/2/25, and the person was arrested on *(date)* 10/9/25
at *(city and state)* Charlotte, NC.

Date: 10/9/25

Arresting officer's signature

Scott Atwood / FBI Special Agent
Printed name and title